IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virgil Lee Lindsey, Jr., ) | No. CV-09-02634-PHX-ROS |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Charles L. Ryan, et al., ) | |
| Defendants. ) | |

Magistrate Judge Irwin issued a Report and Recommendation ("R&R") recommending that this case be dismissed without prejudice. No party filed an objection, meaning the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 22) is **ADOPTED**, the Motion to Dismiss (Doc. 18) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

DATED this 6th day of October, 2010.

Roslyn O. Silver
United States District Judge